UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARGELIA CAMPOS,<br><br>                                               Plaintiff,<br><br>                       - v -<br><br>PRECIPART CORPORATION and CARLOS YUGCHA,<br><br>                                               Defendants. | Civil Action No.:<br>16-cv-04952 (LDW)(AKT) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**WHEREAS,** the parties desire to resolve the issues alleged in the Complaint, and have agreed in good faith for that purpose;

**WHEREAS,** none of the parties to the above-captioned action is an infant or incompetent person, and;

**WHEREAS,** the parties in the above-captioned action wish to discontinue this litigation;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and their respective counsel, that the above-captioned action as to the Complaint of the Plaintiff is hereby dismissed and discontinued, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees.

Dated: August 4, 2017                                    Dated: August 4, 2017

**MOSER EMPLOYMENT LAW FIRM, P.C.**          **NIXON PEABODY LLP**

Steven John Moser                                        Joseph J. Ortego
3 School Street                                          Juan Luis Garcia
Suite 207B                                               50 Jericho Quadrangle, Suite 300
Glen Cove, New York 11542                                Jericho, New York 11753
(516) 671-1150                                           (516) 832-7500
*Attorneys for Plaintiff,*                               *Attorneys for Defendant,*
*Argelia Campos*                                         *Precipart Corporation*

1

4830-6673-0060.1

Dated:  August ⁴ , 2017

**JACKSON LEWIS P.C.**

_Allison E. Maue_

Allison E. Maue
58 South Service Road
Suite 250
Melville, New York 11747
(631) 247-4647
*Attorneys for Defendant,*
*Carlos Yugcha*

**SO ORDERED:**

Entered on:  _____          _____
                                      United States District Judge

4830-6673-0060.1