FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

AUG -7 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARGELIA CAMPOS,

                Plaintiff,

- v -

PRECIPART CORPORATION and CARLOS YUGCHA,

                Defendants.

Civil Action No.:
16-cv-04952 (LDW)(AKT)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**WHEREAS**, the parties desire to resolve the issues alleged in the Complaint, and have agreed in good faith for that purpose;

**WHEREAS**, none of the parties to the above-captioned action is an infant or incompetent person, and;

**WHEREAS**, the parties in the above-captioned action wish to discontinue this litigation;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that the above-captioned action as to the Complaint of the Plaintiff is hereby dismissed and discontinued, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees.

Dated: August 4, 2017

MOSER EMPLOYMENT LAW FIRM, P.C.

_____
Steven John Moser
3 School Street
Suite 207B
Glen Cove, New York 11542
(516) 671-1150
*Attorneys for Plaintiff,*
*Argelia Campos*

Dated: August 4, 2017

NIXON PEABODY LLP

_____
Joseph J. Ortego
Juan Luis Garcia
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500
*Attorneys for Defendant,*
*Precipart Corporation*

1

Dated: August 4, 2017

**JACKSON LEWIS P.C.**

*/s/ Allison E. Maue*

Allison E. Maue
58 South Service Road
Suite 250
Melville, New York 11747
(631) 247-4647
*Attorneys for Defendant,*
*Carlos Yugcha*

**SO ORDERED:**

*S/Leonard D Wexler*
*U.S.D.J.*

Entered on: Aug. 7, 2017

LEONARD D. WEXLER, United States District Judge

2

4830-6673-0060.1